**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**CENTRAL DIVISION**

In re: AMKEN ORTHOPEDICS INC.    § Case No. 814-73447 LAS
§
§
§
Debtor(s)

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Kenneth Kirschenbaum, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $4,500.00 | Assets Exempt: | N/A |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $21,149.92 | Claims Discharged Without Payment: | N/A |
| Total Expenses of Administration: | $28,850.08 | | |

3) Total gross receipts of $50,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $50,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR ( 10 /1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $50,278.61 | $890,629.58 | $890,629.58 | $21,149.92 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $28,850.08 | $28,850.08 | $28,850.08 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $172,813.01 | $571,549.16 | $261,949.03 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $668,768.18 | $239,502.14 | $169,005.22 | $0.00 |
| **TOTAL DISBURSEMENTS** | $891,859.80 | $1,730,530.96 | $1,350,433.91 | $50,000.00 |

4) This case was originally filed under chapter 7 on 07/30/2014.  The case was pending for 44 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    03/19/2018            By: /s/ Kenneth Kirschenbaum
                                         Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

**EXHIBITS TO
FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| State Court lawsuit | 1241-000 | $50,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$50,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Marlene Zawin | 4210-000 | NA | $18,427.75 | $18,427.75 | $18,427.75 |
| 4S | Internal Revenue Service | 4300-070 | $0.00 | $872,132.37 | $872,132.37 | $2,722.17 |
| 15S | State of NY Dept of Labor | 4800-070 | $0.00 | $69.46 | $69.46 | $0.00 |
| N/F | Avaya | 4110-000 | $1,478.61 | NA | NA | NA |
| N/F | Ricoh | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Signature Bank C/O Robert J. Mastrogiacomo, Esq. | 4110-000 | $48,800.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$50,278.61** | **$890,629.58** | **$890,629.58** | **$21,149.92** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Kenneth Kirschenbaum | 2100-000 | NA | $5,750.00 | $5,750.00 | $5,750.00 |
| Trustee, Expenses - Kenneth Kirschenbaum | 2200-000 | NA | $26.30 | $26.30 | $26.30 |
| Attorney for Trustee Fees - Kirschenbaum & Kirschenbaum, P.C. | 3110-000 | NA | $19,775.00 | $19,775.00 | $19,775.00 |
| Attorney for Trustee, Expenses - Kirschenbaum & Kirschenbaum, P.C. | 3120-000 | NA | $530.19 | $530.19 | $530.19 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $908.47 | $908.47 | $908.47 |
| Other Chapter 7 Administrative Expenses - NYS Dept of Taxation & Finance | 2990-000 | NA | $62.00 | $62.00 | $62.00 |
| Other Chapter 7 Administrative Expenses - NYS DEPT OF TAX & FINANCE | 2990-000 | NA | $26.04 | $26.04 | $26.04 |
| Accountant for Trustee Fees (Other Firm) - Sklar Heyman Hirshfield & Kantor LLP | 3410-000 | NA | $1,727.08 | $1,727.08 | $1,727.08 |
| Accountant for Trustee Expenses (Other Firm) - Sklar Heyman Hirshfield & Kantor LLP | 3420-000 | NA | $45.00 | $45.00 | $45.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$28,850.08** | **$28,850.08** | **$28,850.08** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | State of NY Dept of Labor | 5800-000 | $1,657.50 | $248.85 | $0.00 | $0.00 |
| 4P | Internal Revenue Service | 5800-000 | $0.00 | $98,785.39 | $98,785.39 | $0.00 |
| 6P | NYS DEPT OF TAX & FINANCE | 5800-000 | $0.00 | $133,764.01 | $0.00 | $0.00 |
| 6P-2 | NYS DEPT OF TAX & FINANCE | 5800-000 | $0.00 | $134,514.01 | $0.00 | $0.00 |
| 6P-3 | NYS DEPT OF TAX & FINANCE | 5800-000 | $0.00 | $139,498.42 | $139,498.42 | $0.00 |
| 8 | State of NY Dept of Labor | 5800-000 | $5,204.00 | $17,446.63 | $0.00 | $0.00 |
| 13 | State of NY Dept of Labor | 5800-000 | $8,951.51 | $23,626.63 | $0.00 | $0.00 |
| 15P | State of NY Dept of Labor | 5800-000 | $0.00 | $23,665.22 | $23,665.22 | $0.00 |
| N/F | null | 5800-000 | NA | NA | NA | NA |
| N/F | null | 5800-000 | $157,000.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$172,813.01** | **$571,549.16** | **$261,949.03** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Freedom Innovations | 7100-000 | $13,000.00 | $13,000.00 | $13,000.00 | $0.00 |
| 3 | POINT Health Centers of America | 7100-000 | $0.00 | $2,360.00 | $2,360.00 | $0.00 |
| 4U | Internal Revenue Service | 7300-000 | $0.00 | $30,958.19 | $30,958.19 | $0.00 |
| 5 | PSEG Long Island | 7100-000 | $4,458.52 | $4,455.52 | $4,455.52 | $0.00 |
| 6U | NYS DEPT OF TAX & FINANCE | 7300-000 | $0.00 | $35,248.46 | $0.00 | $0.00 |
| 6U-2 | NYS DEPT OF TAX & FINANCE | 7300-000 | $0.00 | $35,248.46 | $0.00 | $0.00 |
| 6U-3 | NYS DEPT OF TAX & FINANCE | 7300-000 | $0.00 | $36,226.46 | $36,226.46 | $0.00 |
| 7 | PEL LLC | 7100-000 | $0.00 | $4,189.27 | $4,189.27 | $0.00 |
| 9 | Old Republic Surety Company LLC | 7100-000 | $8,680.09 | $2,680.09 | $2,680.09 | $0.00 |
| 10 | CIT Finance LLC | 7100-000 | $0.00 | $8,639.94 | $8,639.94 | $0.00 |
| 11 | College Park Industries | 7100-000 | $4,250.48 | $3,150.49 | $3,150.49 | $0.00 |
| 12 | Alfonso J Mollica CPA PC | 7100-000 | $0.00 | $31,237.96 | $31,237.96 | $0.00 |
| 14 | US DEPT. OF HEALTH & HUMAN SVCS | 7200-000 | $0.00 | $32,107.30 | $32,107.30 | $0.00 |
| N/F | ARSI | 7100-000 | $2,580.84 | NA | NA | NA |
| N/F | AT&T | 7100-000 | $755.22 | NA | NA | NA |
| N/F | Albert Sumell | 7100-000 | NA | NA | NA | NA |

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Alfonso Mollica, CPA, P.C. CIO Kirschenbaum Phillips & Roach | 7100-000 | NA | NA | NA | NA |
| N/F | Allen & Associates | 7100-000 | $1,212.79 | NA | NA | NA |
| N/F | Allied OSI Labs | 7100-000 | $594.00 | NA | NA | NA |
| N/F | CCC Collection | 7100-000 | $235.16 | NA | NA | NA |
| N/F | Cascade | 7100-000 | $87.00 | NA | NA | NA |
| N/F | Classique | 7100-000 | $660.34 | NA | NA | NA |
| N/F | Con Edison | 7100-000 | $401.52 | NA | NA | NA |
| N/F | Corflex | 7100-000 | $1,051.01 | NA | NA | NA |
| N/F | DJJ Technologies | 7100-000 | $58.57 | NA | NA | NA |
| N/F | DJO Global | 7100-000 | $321.78 | NA | NA | NA |
| N/F | David Ballman | 7100-000 | NA | NA | NA | NA |
| N/F | Deluxe For Business | 7100-000 | $379.94 | NA | NA | NA |
| N/F | Duffy Realty | 7100-000 | $9,200.00 | NA | NA | NA |
| N/F | Eastern Coffee | 7100-000 | $176.20 | NA | NA | NA |
| N/F | Emdeon | 7100-000 | $992.00 | NA | NA | NA |
| N/F | Empi | 7100-000 | NA | NA | NA | NA |
| N/F | Jims Plastics | 7100-000 | $608.19 | NA | NA | NA |
| N/F | Leslie Waterworks | 7100-000 | $391.05 | NA | NA | NA |
| N/F | Lincol Financial Group One Granite Place | 7100-000 | $93.88 | NA | NA | NA |
| N/F | MD Orthopedics | 7100-000 | $1,537.64 | NA | NA | NA |
| N/F | Med Spec | 7100-000 | $97.74 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Medforms | 7100-000 | $148.79 | NA | NA | NA |
| N/F | NPC | 7100-000 | $342.07 | NA | NA | NA |
| N/F | NationalGrid | 7100-000 | $2,430.04 | NA | NA | NA |
| N/F | OSSUR Jonathan Neil & Associates | 7100-000 | $5,264.36 | NA | NA | NA |
| N/F | Patterson Medical | 7100-000 | $164.06 | NA | NA | NA |
| N/F | Paychecks | 7100-000 | $450.00 | NA | NA | NA |
| N/F | Pitney Bowes, Inc. C/O Caine & Weiner | 7100-000 | $736.87 | NA | NA | NA |
| N/F | Point | 7100-000 | $210.00 | NA | NA | NA |
| N/F | Progessive Waste | 7100-000 | $1,084.58 | NA | NA | NA |
| N/F | RMC | 7100-000 | $1,111.84 | NA | NA | NA |
| N/F | RMS- UPS | 7100-000 | $867.12 | NA | NA | NA |
| N/F | Richard Green | 7100-000 | $400,000.00 | NA | NA | NA |
| N/F | Spinal Tech | 7100-000 | $1,168.02 | NA | NA | NA |
| N/F | Steven Bankler | 7100-000 | $200,000.00 | NA | NA | NA |
| N/F | Sure Step | 7100-000 | $2,145.00 | NA | NA | NA |
| N/F | TLL Solutions | 7100-000 | $776.91 | NA | NA | NA |
| N/F | Texas Assist Dev. | 7100-000 | $44.56 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$668,768.18** | **$239,502.14** | **$169,005.22** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
# Individual Estate Property Record and Report
# Asset Cases

Exhibit 8
Page: 1

**Case No.:** 814-73447 LAS  
**Case Name:** AMKEN ORTHOPEDICS INC.  
**For Period Ending:** 03/19/2018

**Trustee Name:** (520680) Kenneth Kirschenbaum  
**Date Filed (f) or Converted (c):** 07/30/2014 (f)  
**§ 341(a) Meeting Date:** 09/09/2014  
**Claims Bar Date:** 11/20/2014

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank 470 | 0.00 | 0.00 | | 0.00 | FA |
| 2 | Capital One Bank 425 | 0.00 | 0.00 | | 0.00 | FA |
| 3 | Signature Bank payroll account | 0.00 | 0.00 | | 0.00 | FA |
| 4 | Signature Bank operating account 7939 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Accounts receivables | Unknown | 0.00 | | 0.00 | FA |
| 6 | Patient list | Unknown | 0.00 | | 0.00 | FA |
| 7 | Various office equipment | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 8 | Copy machines, phone system | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 9 | Various machinery | Unknown | 0.00 | | 0.00 | FA |
| 10 | Inventory | Unknown | 0.00 | | 0.00 | FA |
| 11 | State Court lawsuit (u) | 0.00 | 0.00 | | 50,000.00 | FA |
| **11** | **Assets Totals (Excluding unknown values)** | **$4,500.00** | **$4,500.00** | | **$50,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

A State Court pre-petition law suit which had been commenced by the debtor has been settled by the Trustee pursuant to court order. A claim of the senior secured creditor, having a lien against the settlement proceeds has been fixed pursuant to court order. After the Trustee makes the disbursement to the secured creditor, he intends to file the Final Report

**Current Projected Date Of Final Report (TFR):** 08/29/2017 (Actual)    **Initial Projected Date Of Final Report (TFR):** 07/31/2016

UST Form 101-7-TDR ( 10 /1/2010)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 1

| | | |
|---|---|---|
| **Case No.:** 814-73447 LAS | **Trustee Name:** | Kenneth Kirschenbaum (520680) |
| **Case Name:** AMKEN ORTHOPEDICS INC. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** **-***7773 | **Account #:** | ******7866 Checking Account |
| **For Period Ending:** 03/19/2018 | **Blanket Bond (per case limit):** | $44,643,604.00 |
| | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/02/15 | {11} | Eschen P&O Labs Inc | settlement of conversion action | 1241-000 | 10,000.00 | | 10,000.00 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.94 | 9,987.06 |
| 10/08/15 | {11} | Eschen P&O Labs Inc | fraudulent transfer recovery - litigation | 1241-000 | 40,000.00 | | 49,987.06 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 54.63 | 49,932.43 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.42 | 49,863.01 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.89 | 49,784.12 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 69.03 | 49,715.09 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.93 | 49,646.16 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 78.34 | 49,567.82 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.73 | 49,499.09 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 68.63 | 49,430.46 |
| 06/22/16 | 101 | NYS Dept of Taxation & Finance | 2016 CT-200-V Payment voucher for E-Filed tax returns | 2990-000 | | 31.00 | 49,399.46 |
| 06/22/16 | 102 | NYS Dept of Taxation & Finance | 2015 CT-200-V Payment voucher for E-Filed tax returns | 2990-000 | | 31.00 | 49,368.46 |
| 06/28/16 | 103 | Marlene Zawin | Pursuant to Court order dated 6/8/16 | 4210-000 | | 18,427.75 | 30,940.71 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 77.99 | 30,862.72 |
| 02/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.47 | 30,824.25 |
| 03/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 45.81 | 30,778.44 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.31 | 30,737.13 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 48.62 | 30,688.51 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 44.13 | 30,644.38 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.60 | 30,601.78 |
| 10/30/17 | 104 | Kenneth Kirschenbaum | Dividend paid 100.00% on $5,750.00, Trustee Compensation; Reference: | 2100-000 | | 5,750.00 | 24,851.78 |

**Page Subtotals:**     $50,000.00     $25,148.22

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9
Page: 2

| | |
|---|---|
| **Case No.:** 814-73447 LAS | **Trustee Name:** Kenneth Kirschenbaum (520680) |
| **Case Name:** AMKEN ORTHOPEDICS INC. | **Bank Name:** Rabobank, N.A. |
| **Taxpayer ID #:** **-***7773 | **Account #:** ******7866 Checking Account |
| **For Period Ending:** 03/19/2018 | **Blanket Bond (per case limit):** $44,643,604.00 |
| | **Separate Bond (if applicable):** N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 10/30/17 | 105 | Kenneth Kirschenbaum | Dividend paid 100.00% on $26.30, Trustee Expenses; Reference: | 2200-000 | | 26.30 | 24,825.48 |
| 10/30/17 | 106 | Kirschenbaum & Kirschenbaum, P.C. | Dividend paid 100.00% on $19,775.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 19,775.00 | 5,050.48 |
| 10/30/17 | 107 | Kirschenbaum & Kirschenbaum, P.C. | Dividend paid 100.00% on $530.19, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 530.19 | 4,520.29 |
| 10/30/17 | 108 | Sklar Heyman Hirshfield & Kantor LLP | Dividend paid 100.00% on $1,727.08, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,727.08 | 2,793.21 |
| 10/30/17 | 109 | Sklar Heyman Hirshfield & Kantor LLP | Dividend paid 100.00% on $45.00, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 45.00 | 2,748.21 |
| 10/30/17 | 110 | NYS DEPT OF TAX & FINANCE | Dividend paid 100.00% on $26.04, Other Chapter 7 Administrative Expenses; Reference: | 2990-000 | | 26.04 | 2,722.17 |
| 10/30/17 | 111 | Internal Revenue Service | paid 0.31% on $872,132.37; Claim# 4S; Filed: $872,132.37; Reference: | 4300-070 | | 2,722.17 | 0.00 |
| | | **COLUMN TOTALS** | | | 50,000.00 | 50,000.00 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | **0.00** | |
| | | **Subtotal** | | | **50,000.00** | **50,000.00** | |
| | | Less: Payments to Debtors | | | | **0.00** | |
| | | **NET Receipts / Disbursements** | | | **$50,000.00** | **$50,000.00** | |

*{ } Asset Reference(s)*   **UST Form 101-7-TDR ( 10 /1/2010)**   *! - transaction has not been cleared*

Case 8-14-73447-las    Doc 32    Filed 04/04/18    Entered 04/04/18 14:08:13

Exhibit 9<br>Page: 3

# Form 2
## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 814-73447 LAS | **Trustee Name:** | Kenneth Kirschenbaum (520680) |
| **Case Name:** | AMKEN ORTHOPEDICS INC. | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***7773 | **Account #:** | ******7866 Checking Account |
| **For Period Ending:** | 03/19/2018 | **Blanket Bond (per case limit):** | $44,643,604.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******7866 Checking Account | $50,000.00 | $50,000.00 | $0.00 |
| | **$50,000.00** | **$50,000.00** | **$0.00** |

**UST Form 101-7-TDR (10 /1/2010)**